PER CURIAM.
AFFIRMED. Harvey v. State, 786 So.2d 595 (Fla. 1st DCA 2001), approving and ceHifying questions, 786 So.2d 28 (Fla. 1st DCA 2001), rev. granted, — So.2d - (Fla. Sept. 28, 2001) (no. 01-1139). See also Headley v. State, 770 So.2d 1244 (Fla. 1st DCA 2000); Hall v. State, 773 So.2d 99 (Fla. 1st DCA 2000); Hayes v. State, 780 So.2d 918 (Fla. 1st DCA 2001); and Cramer v. State, 776 So.2d 1125 (Fla. 1st DCA 2001)(all holding that the Criminal Punishment Code is not facially unconstitutional).
WEBSTER, BROWNING and POLSTON, JJ., concur.